**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7055**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

YOUNIS EL SAYEDRI, a/k/a Younis Badri, a/k/a Younis
Abdulkarim Mohamed El Sayedri, a/k/a Younis Abdalkarim
Mohamed, a/k/a Younis Abdel Mohamed Badri, a/k/a Younis
Abdelkar Badri, a/k/a Youngish Elsayedri,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony John Trenga,
District Judge.  (1:12-cr-00290-AJT-1; 1:16-cv-00533-AJT)

Submitted: October 13, 2016        Decided: October 18, 2016

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Younis El Sayedri, Appellant Pro Se.  Michael John Frank, Julia
K. Martinez, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Younis El Sayedri seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that El Sayedri has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny El Sayedri's motion for a copy of the transcript at Government expense, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before this court and argument would not aid the decisional process.

DISMISSED